UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FATMEH FARAJ,

      Plaintiff,

v

STANLEY BLACK & DECKER, INC.,
A Connecticut corporation

      Defendants.

Case No. 2:17-cv-13503

Hon.  Gershwin A. Drain

Mag. Mona K. Majzoub

---

| | |
|---|---|
| David M. Kramer (P63740) | David T. Bowen (P69682) |
| David M. Kramer, PLLC | **Bowen, Radabaugh & Milton, P.C.** |
| **Attorney for Plaintiff** | **Attorney for Defendant** |
| 25892 Woodward Avenue | 4967 Crooks Rd., Ste. 150 |
| Royal Oak, MI  48067 | Troy, MI 48098 |
| (248) 210-6757 | 248-641-8000 |
| dmkramerpllc@gmail.com | DTBowen@brmattorneys.com |

---

### STIPULATATION AND ORDER OF DISMISSAL WITH PREJUDICE

      NOW COME the parties hereto, by and through their respective attorneys, and pursuant

to FRCP 41, hereby stipulate and agree that the above-captioned matter may be dismissed with

prejudice and without costs to any party.

Dated: October 16, 2018          s/Gershwin A. Drain
                              GERSHWIN A. DRAIN
                              United States District Court Judge


Dated: May 7, 2018


| | |
|---|---|
| */s/ David M. Kramer* |   */s/ David T. Bowen* |
| David M. Kramer (P63740) | David T. Bowen (P69682) |
| David M. Kramer, PLLC | Bowen, Radabaugh & Milton, P.C. |
| **Attorney for Plaintiff** | **Attorney for Defendant** |
| 25892 Woodward Avenue | 4967 Crooks Road, Ste. 150 |
| Royal Oak, MI  48067 | Troy, MI 48098 |
| (248) 210-6757 | (248)641-8000 |
| dmkramerpllc@gmail.com | dtbowen@brmattorneys.com |