

**Stanley Black & Decker**

Stephen P. Schley
Claims/Litigation Manager

701 E. Joppa Road; MR135; Towson, MD 21286
T (410) 630 9442    F (410) 630 9289

Email:  stephen.schley@sbdinc.com
www.stanleyblackanddecker.com

August 16, 2021

Office of the Court Administrator
United States District Court
Eastern District of Michigan
539 Theodore Levin United States Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Re:   *Faraj v. Stanley Black & Decker, Inc.*
      Case No.:   17-cv-13503
      SBD File No: 61552

Dear Kinikia Essix:

This will acknowledge receipt of your August 5, 2021 letter to Stanley Black & Decker, Inc.

Please note this case was settled out of court and the judge's ownership of Stanley Black & Decker stock did not factor into the result in any way.

Thank you for your cooperation.  Please contact me if you have any questions.

Sincerely,

Stephen Schley
Claims/Litigation Manager

